# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Avery J. Lail Jr.,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:18-cv-00518-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **Erik A. Hooks,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 30, 2019 Order.

October 2, 2019

Frank G. Johns, Clerk
United States District Court